UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

BRADLEY BAKKEN,

    Petitioner-Appellant,

v.                                           Case No. 20-cv-1106-jdp

UNITED STATES OF AMERICA,

    Respondent-Appellee.

---

## NOTICE OF APPEAL

Bradley Bakken, by counsel, hereby gives notice pursuant to Fed. R. App. P. 3(c) and 4(a) that he appeals the order and judgment denying his petition for relief under 28 U.S.C. § 2255. The order was imposed on August 18, 2021, in the United States District Court for the Western District of Wisconsin, the Honorable James D. Peterson presiding. Mr. Bakken takes this appeal to the United States Court of Appeals for the Seventh Circuit.

The district court issued a certificate of appealability pursuant to 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), authorizing this appeal, in the same order denying the § 2255 petition.

With this notice of appeal, Mr. Bakken also files the docketing statement required by Cir. Rule 3 (7th Cir.), combined with a Cir. Rule 26.1 disclosure statement.

FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.

Dated at Madison, Wisconsin, this 1st day of September, 2021.

        Respectfully submitted,
        Bradley Bakken, Defendant

        */s/ Joseph A. Bugni*
        Joseph A. Bugni

FEDERAL DEFENDER SERVICES
  OF WISCONSIN, INC.
22 East Mifflin Street, Suite 1000
Madison, Wisconsin 53703
Tel: 608-260-9900
Fax: 608-260-9901
Joseph_bugni@fd.org